UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA             :    INFORMATION

    - v. -                           :    12 Cr.   (   )

MARK FREYTES,                        :    12 CRM 977

               Defendant.      :

- - - - - - - - - - - - - - - - - x

## COUNT ONE

The United States Attorney charges:

On or about June 7, 2012, in the Southern District of New York, MARK FREYTES, the defendant, after having been previously convicted in a court of a crime punishable by imprisonment for a term exceeding one year, knowingly did possess in and affecting commerce two firearms, to wit, a .38 caliber Smith & Wesson revolver, and a 9 millimeter Smith & Wesson pistol, both of which had previously been shipped and transported in interstate and foreign commerce.

(Title 18, United States Code, Section 922(g)(1).)

                                          *Preet Bharara*
                                        PREET BHARARA
                                        United States Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: DEC 19 2012