UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

        -against-

MARK FREYTES,

                                  12 CR 977(ALC)

                Defendant.
------------------------------------------------------------x

## DEFENDANT'S REQUEST FOR ADJOURNMENT OF SENTENCE

                                  Kelley Sharkey
                                  Attorney for Defendant
                                  Mark Freytes
                                  26 Court Street - Suite 2805
                                  Brooklyn, New York  11242
                                  (718) 858-8843

# KELLEY J. SHARKEY

Attorney at Law

26 Court Street - Suite 2805
Brooklyn, New York 11242
Tel: (718) 858-8843
Fax: (718) 875-0053

November 25, 2013

Honorable Andrew L. Carter
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *United States v. Mark Freytes,* **12 CR 977 (ALC)**

Dear Judge Carter:

     The above captioned case is scheduled for sentence on December 19, 2013. I respectfully request that the matter be rescheduled to a date convenient to the court after January 20th, 2014. There are certain documents the defense is seeking and it is unlikely we will have them in hand by December 19, 2013. I have spoken to the prosecution and they do not object to this request. Mr. Freytes also has no objection to the adjournment. Thank you.

Respectfully,

/S/
Kelley J. Sharkey
26 Court Street, Suite 2805
Brooklyn, New York 11242
(718) 858-8843

cc: AUSA Hadassa Waxman